**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11609

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MICHAEL ROMAN BLACK,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cr-00300-RDP-GMB-4

_____

_____

No. 25-11610

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

2                    Opinion of the Court                    25-11609

*versus*

MICHAEL ROMAN BLACK,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cr-00318-RDP-GMB-1

————————————

————————————

No. 25-11611
Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MICHAEL ROMAN BLACK,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cr-00148-RDP-GMB-1

————————————

Before BRASHER, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas M. Goggans, appointed counsel for Michael Roman Black in these appeals, has moved to withdraw from further representation of the appellant and filed briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire records reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire records reveals no arguable issues of merit, counsel's motions to withdraw are **GRANTED**, and Black's convictions and sentence are **AFFIRMED**.